**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

```
IN RE:                              )
                                    )
  WENDELL L. KEYSER                 )
  SSN: XXX-XX-3759                  )     CASE NO. 04-65299
                                    )          CHAPTER 7
        AND                         )     JUDGE J. E. HOFFMAN, JR.
                                    )
  MARGARET KEYSER                   )
  SSN: XXX-XX-9330                  )
                                    )
        Debtors                     )
```

**NOTICE TO THE CLERK OF SMALL DIVIDENDS AND**
**UNCLAIMED DIVIDENDS**

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $5,985.25 represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and address(es) of the parties entitled to those unclaimed dividends are as follows:

| **Creditor Name** | **Claim No.** | **Amt. Of Dividend** |
|---|---|---|
| Chase Manhattan Bank USA NA<br>c/o Chase Bankcard Services Inc.<br>P.O. Box 52176<br>Phoenix, AZ 85072-2176 | 4 | 594.75 |
| Chase Manhattan Bank USA NA<br>c/o Chase Bankcard Services Inc.<br>P.O. Box 52176<br>Phoenix, AZ 85072-2176 | 17 | 359.48 |
| Chase Manhattan Bank USA NA | 18 | 1,124.24 |

```
c/o Chase Bankcard Services, Inc.
P.O. Box 52176
Phoenix, AZ 85072-2176

Nuvell Credit Corp.                     23              3,906.78
c/o Nuvell Financial Services
P.O. Box 7100
Little Rock, AR 72223-7100


Total Unclaimed/Small                   Total Unclaimed
Dividends $25.00 or under                Dividends Over $25.00
                                              $5,985.25


Dated:  June 15, 2010                   /s/D. William Davis_____
                                        D. William Davis,
                                        Atty. Reg. No. 0019639
                                        DAVIS LAW OFFICE
                                        407-A Howard Street
                                        Bridgeport, OH 43912
                                        Telephone:  (740) 635-1217
                                        Fax:  (740) 633-9843
                                        dwilliamdavis@comcast.net
```